1  CRAIG S. NEWMAN, ESQ.
   Nevada Bar No. 003780
2  **DURHAM JONES & PINEGAR, P.C.**
   10785 West Twain Avenue, Suite 200
3  Las Vegas, Nevada 89135
   *Attorneys for Plaintiffs*
4

   UNITED STATES DISTRICT COURT
5
   DISTRICT OF NEVADA
6

7  MGM GRAND HOTEL, LLC and         Case No:   CV-S-02-1146-LDG(LRL)
   BELLAGIO, LLC,
8
                Plaintiffs,
                                    **ORDER GRANTING
9     vs.                           PLAINTIFFS' APPLICATION FOR
                                    JUDGMENT RENEWAL**
10 ELIE HAMOUI aka ELIE HELIO
   HAMOUI,
11
                Defendant.
12

13      This Court, having considered Plaintiffs' Application/Affidavit of Renewal of

14 Judgment, and good cause otherwise appearing therefore,

15      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment in

16 favor of Plaintiffs, MGM GRAND HOTEL, LLC and BELLAGIO, LLC, and against

17 Defendant, ELIE HAMOUI aka ELIE HELIO HAMOUI, is hereby renewed and extended

18 for six years from June 2, 2015 (the date Plaintiffs filed their Affidavit of Renewal of

19 Judgment).

20      DATED:  ___9___ June 2015

21
                                          _____
22                                        United States District Judge
                                          Lloyd D. George
23 Respectfully submitted by:

24 **DURHAM JONES & PINEGAR, P.C.**

25
   By: _____
26    CRAIG S. NEWMAN, ESQ.
      Nevada Bar No. 3780
27    10785 W. Twain Ave., Suite 200
      Las Vegas, Nevada 89135
28 *Attorneys for Plaintiffs*

                                    # # #

LV 325748.1